AO 247 (02/08) Order Regarding Motion for Sentence Reduction

## UNITED STATES DISTRICT COURT
for the

District of **New Jersey**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Mark Davis** | ) Case No: **06-cr-76(7) + 06-cr-633** |
| | ) USM No: **41154-050** |
| Date of Previous Judgment: **1/12/2007** | ) **Anne Singer, Esq.** |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **174** months **is reduced to** **157 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **30**          Amended Offense Level: **29**
Criminal History Category: **VI**       Criminal History Category: **VI**
Previous Guideline Range: **168** to **210** months   Amended Guideline Range: **151** to **188** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

**See Opinion Dated September 1, 2009.**

Except as provided above, all provisions of the judgment dated **1/12/2007** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: **SEPT. 1, 2009**

Judge's signature

Effective Date: _____          **Joseph E. Irenas, S.U.S.D.J.**
(if different from order date)                                    Printed name and title